NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**GENERAL ACCESS SOLUTIONS, LTD.,**
*Appellant*

v.

**ERICSSON, INC.,**
*Appellee*

_____

2025-1753

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00978, IPR2024-00392, IPR2024-00461.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          GENERAL ACCESS SOLUTIONS, LTD. V. ERICSSON, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 8, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 8, 2025